UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

-v-

AARON YOUNG,

Defendant.

---

18 Cr. 834-8 (PAE)
22 Civ. 1958 (PAE)

ORDER

PAUL A. ENGELMAYER, District Judge:

The Court has received Mr. Young's motion to vacate, set aside, or correct his sentence pursuant to 28 U.S.C. § 2255, alleging ineffective assistance of counsel. Dkt. 1. The Government is directed to file an opposition by March 30, 2022.

SO ORDERED.

*Paul A. Engelmayer*
PAUL A. ENGELMAYER
United States District Judge

Dated: March 16, 2022
　　　　New York, New York

1