```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/1/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

AARON YOUNG,
  Petitioner,

v.                                        18 Cr. 834-8 (PAE)

UNITED STATES OF AMERICA,
  Respondent.

### NOTICE OF APPEAL

  Comes now Aaron Young, hereinafter referred to as petitioner, proceeding pro se and prays this Honorable Court apply liberal construction to the instant filing as afforded all pro se litigants/inmates. (See Haines v. Kerner, 404 U.S. 519 (1972)).
  On or about June 1, 2022, petitioner received this Honorable Court's "Opinion & Order", through inmate general mail correspondence, in where this Honorable Court denied petitioner's 28 U.S.C. Section 2255 petition, filed by petitioner pro se. Said "Opinion & Order" was dated May 24, 2022. Petitioner files the instant "Notice of Appeal" in regards to that Order. Petitioner is intending to appeal this Honorable Court's denial of his pro se Section 2255.

  I, Aaron Young, swear under penalty of perjury, by the laws of the United States of America, that the foregoing is true and correct to the best of my knowledge and belief. (28 U.S.C. Section 1746)

Respectfully Submitted,

*Aaron Young*

Page 1 of 1

## CERTIFICATE OF SERVICE

I, Aaron Young, hereby certifies that a true and correct copy of this Notice of Appeal has been sent to the below address first class postage prepaid

Clerk of Court
500 Pearl Street
NY, NY 10007

SWORN ON THIS THE 23rd DAY OF JUNE 2022

Respectfully Sworn,
s/ Aaron Young
Aaron Young

Page 1 of 1

Aaron Young 864-28-054
F.C.I Hazelton, P.O. Box 5000
Bruceton Mills, W.V. 26525

LEGAL MAIL -

Appeals AF

Clerk's Office
U.S District Court, SDNY
500 Pearl Street N.Y

PITTSBURGH PA
28 JUN 2022 PM 4

USM-SDNY RECEIVED

JUL 01 2022
CLERK'S OFFICE

