UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

-v-

AARON YOUNG,

Defendant.

---

18 Cr. 834-08 (PAE)

ORDER

PAUL A. ENGELMAYER, District Judge:

On December 2, 2019, defendant Aaron Young was sentenced principally to a term of imprisonment of 240 months, based on a charge of racketeering conspiracy, in the course of which Young, a member of the violent Nine Trey Gangsta Bloods gang, had attempted to murder a rival within the gang by shooting him in the back of the neck, participated in the distribution of at least nine kilograms of a fentanyl analogue, and possessed a firearm. Dkt. 671 at 1–2. Young's challenge to his sentence was dismissed on appeal, and this Court has since denied a petition from Young under 28 U.S.C. § 2255 and a motion from Young for compassionate release. *Id.*

On July 26, 2024, Young filed a *pro se* motion requesting that the Court consider a sentence reduction pursuant to Amendment 821 to the Sentencing Guidelines, which went into effect on November 1, 2023 and applies retroactively. Dkt. 687 at 2. The United States Probation Office has issued a report indicating that Young is not eligible for a sentence reduction. Dkt. 688.

The Court has considered the record in this case, and the submissions on this motion of the defendant, Dkt. 687, and the Probation Office, Dkt. 688.

The Court finds that Young is ineligible for a reduction of sentence because, as explained by the Probation Office, he does not meet either of the eligibility criteria of Amendment 821. The Court therefore denies Young's motion.

The Clerk of Court is requested to terminate the motion at Dkt. 687 and to mail a copy of this order to Young at the below address:

Aaron Young
# 86428054
FCI Edgefield
P.O. Box 725
Edgefield, S.C. 29824.

SO ORDERED.

*Paul A. Engelmayer*
PAUL A. ENGELMAYER
United States District Judge

Dated: August 15, 2024
   New York, New York