UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-v-

AARON YOUNG,

Defendant.

18-CR-834-08 (PAE)

ORDER

PAUL A. ENGELMAYER, District Judge:

The Court has received a *pro se* motion from defendant Aaron Young for correction of the judgment in this case on the basis of a purported clerical error. Dkt. 691. The Court denies that motion. The change that Young seeks is not of a clerical error within the scope of Federal Rule of Criminal Procedure 36. Instead, Young seeks to correct his criminal history category, which he contends would today be different were marijuana convictions that were expunged after his sentencing removed from the criminal history calculation. The judgment, however, accurately reflects Young's criminal history as properly calculated at the time of sentencing.

The Clerk of Court is requested to mail a copy of this order to the defendant at the below address:

Aaron Young
86428-054
FCI Edgefield
P.O. Box 725
Edgefield, SC 29824

1

SO ORDERED.

*Paul A. Engelmayer*
_____
PAUL A. ENGELMAYER
United States District Judge

Dated: September 12, 2024
      New York, New York