UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-v-

AARON YOUNG,

                       Defendant.

18-CR-834-08 (PAE)

ORDER

PAUL A. ENGELMAYER, District Judge:

The Court has received a motion for compassionate release from defendant Aaron Young. *See* Dkt. 746. The Government's response is due **July 31, 2026**. The Court does not invite a reply.

SO ORDERED.

_____
PAUL A. ENGELMAYER
United States District Judge

Dated: June 10, 2026
      New York, New York